IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERNEST ANTONIO BARTLEY, )
)
    Petitioner, )
)
v. ) CASE NOS. CV413-249
) CR412-015
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (Doc. 2.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of March 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This Court twice granted Petitioner's request for additional time to file his objections, which were originally due on December 16, 2013. (Doc. 5; Doc. 7.) In its last order, the Court warned Petitioner that it was very unlikely to grant any additional extensions. (Doc. 7 at 1-2.) Undeterred, Petitioner twice requested the Clerk of Court grant him an additional sixty-day extension. (Doc. 8; Doc. 10.) These motions are **DENIED**: Petitioner had almost three full months to file his objections, but failed to do so. Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 9) is **DISMISSED AS MOOT**.